1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                     FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7   Scott N. Johnson,                    )
                                         )   2:12-cv-00624-GEB-JFM
8                    Plaintiff,          )
                                         )
9          v.                            )   ORDER CONTINUING STATUS
                                         )   (PRETRIAL SCHEDULING)
10  Mary Ann Rabo Gregg,                 )   CONFERENCE
    Individually and d/b/a Lavender      )
11  Blue Flowers & Gifts; Marjorie       )
    A. Merrifield, Individually and      )
12  d/b/a Gashouse Pizza Take N          )
    Bake; Patrick A. Merrifield,         )
13  Individually and d/b/a Gashouse      )
    Pizza Take N Bake; April Angel,      )
14  Individually and d/b/a               )
    Chatterbox Café; Clark Hays          )
15  Knowles, Individually and as         )
    Trustee of the Clark Hays            )
16  Knowles and Dorothy Bass Knowles     )
    Trust; Dorothy Bass Knowles,         )
17  Individually and as Trustee of       )
    the Clark Hays Knowles and           )
18  Dorothy Bass Knowles Trust;          )
    Selina Marie Williams,               )
19  Individually and d/b/a Red           )
    Rooster Café; Barbara J. Weibel,     )
20  Individually and as Trustee of       )
    the Barbara J. Weibel Living         )
21  Trust dated 10/21/2003,              )
                                         )
22                   Defendants.*        )
    _____     )

23

24          Plaintiff states in his Status Report filed on May 29, 2012,

25  that "[t]he parties are currently in settlement negotiations and a

26  notice of settlement will be filed by June 4, 2012." (ECF No. 11, 1:16-

27  _____

28          *    The caption has been amended in accordance with Plaintiff's
    dismissal of Hisham Anwar. See ECF No. 8.

                                      1

1  19.) However, Defendants have not yet appeared in this action, and
2  Plaintiff does not indicate what steps he will take to prosecute this
3  action if a settlement is not reached.

4          In the event a settlement is not reached, Plaintiff shall take
5  the steps necessary to prosecute this action as a default matter. No
6  later than July 20, 2012, Plaintiff shall either file whatever documents
7  are required to prosecute this case as a default matter or show cause in
8  a filing why the action should not be dismissed for failure of
9  prosecution.

10         Further, the status conference scheduled for hearing on June
11 11, 2012, is continued to commence at 9:00 a.m. on September 17, 2012.
12 A status report shall be filed fourteen (14) days prior to the status
13 conference in which Plaintiff is required to explain the status of the
14 default proceedings.

15         IT IS SO ORDERED.
16 Dated:  June 5, 2012
17
18 _____
   GARLAND E. BURRELL, JR.
19 United States District Judge
20
21
22
23
24
25
26
27
28